**Order entered March 26, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00979-CV

**BELL HELICOPTER TEXTRON, INC., Appellant**

**V.**

**SHIRLEY DICKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BILLY DICKSON, DECEASED, RANDALL C. DICKSON, DARYL W. DICKSON, AND DEANA K. BOAZ KIZER, Appellees**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-12-05995-D**

### ORDER NUNC PRO TUNC
### Before the Court En Banc[1]

Before the Court is appellees' September 9, 2019 motion for en banc reconsideration. Appellees' motion is **DENIED**.

/s/     DAVID L. BRIDGES
JUSTICE

---

[1] Justice Molberg and Justice Nowell not participating.

Whitehill, J., Concurring.  Joined by Bridges, J., Myers, J., Schenck, J., and Evans, J.

Carlyle, J., Dissenting.  Joined by Burns, C.J., Osborne, J., Partida-Kipness, J., and Reichek, J.